# Order

Michigan Supreme Court
Lansing, Michigan

November 20, 2019

158782

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* CONTEMPT OF NICHOLAS SOMBERG
_____

PEOPLE OF THE CITY OF ROSEVILLE,
      Plaintiff-Appellee,

v

                                 SC: 158782
                                 COA: 344041

TAYLOR NICHOLAS TRUPIANO,
          Defendant,
and
                                 Macomb CC: 2017-000114-AR

NICHOLAS SOMBERG,
         Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 31, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2019



Clerk

t1113